IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANGELA S.,[1] | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:19-cv-00480 |
| | ) | |
| ANDREW SAUL, Commissioner, Social Security Administration, | ) ) | By:  Elizabeth K. Dillon United States District Judge |
| | ) | |
| Defendant. | ) ) | |

**ORDER AND FINAL JUDGMENT**

For the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED as follows:

1. The R&R (Dkt. No. 21) is ADOPTED;

2. The Commissioner's motion for summary judgment (Dkt. No. 17) is GRANTED;

3. ANGELA S.'s motion for summary judgment (Dkt. No. 14) is DENIED;

4. The Commissioner's decision is AFFIRMED; and

5. This matter is STRUCK from the active docket of the court.

Entered: July 15, 2020.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge

---

[1] Due to privacy concerns, the court is adopting the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.